547 F.2d 309
 Arturo T. ESQUIVEL, Petitioner-Appellant,
v.
W. J. ESTELLE, Jr., Director, Texas Department of
Corrections, Respondent- Appellee.
 No. 76-2945.
 United States Court of Appeals,
Fifth Circuit.
 Feb. 16, 1977.
Rehearing and Rehearing En Banc Denied March 15, 1977.
 
 Stanley G. Schneider, Staff Counsel for Inmates, Huntsville, Tex., for petitioner-appellant.
 John L. Hill, Atty. Gen., Stephen J. Wilkinson, Walter C. Prentice, David M. Kendall, Joe B. Dibrell, Jr., Asst. Attys. Gen., Austin, Tex., for respondent-appellee.
 Before BROWN, Chief Judge, AINSWORTH, Circuit Judge, and JAMESON*, District Judge.
 PER CURIAM:
 
 
 1
 AFFIRMED on the basis of the opinion of the District Court, Western District of Texas (Judge Suttle), 426 F.Supp. 619 (1977).
 
 
 
 *
 Senior District Judge for the District of Montana, sitting by designation